IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MERIDITH JONES,<br><br>                  Plaintiff,<br><br>v.<br><br>GROVE COLLABORATIVE, INC.,<br><br>                  Defendant. | Case No. 1:20-cv-10866 |

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that Plaintiff Meridith Jones and Defendant Grove Collaborative, Inc. have reached an agreement in principle that will resolve the claims alleged in the case, *Jones v. Grove Collaborative, Inc.*, Case No. 1:20-cv-10866. Plaintiff anticipates filing a Notice of Voluntary Dismissal With Prejudice within thirty (30) days of this notice.

Dated: August 24, 2020   Respectfully Submitted,

/s/ Jason M. Leviton
Jason M. Leviton (BBO# 678331)
**BLOCK & LEVITON LLP**
260 Franklin Street, Suite 1860
Boston, MA 02110
Phone: (617) 398-5600
jason@blockleviton.com

Kevin W. Tucker (He/Him/His)
Pa. No. 312144
Kevin J. Abramowicz
Pa. No. 320659
**EAST END TRIAL GROUP LLC**
186 42nd St., P.O. Box 40127
Pittsburgh, PA 15201
Tel. (412) 877-5220
ktucker@eastendtrialgroup.com
kabramowicz@eastendtrialgroup.com

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was filed through the ECF system on this date, and that a true copy of this document will be sent to those indicated as non-registered participants on the Notice of Electronic Filing, if any, by on the same date.

Respectfully Submitted,

Dated: August 24, 2020

*/s/ Jason M. Leviton*
Jason M. Leviton