IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MERIDITH JONES,<br><br>    Plaintiff,<br><br>v.<br><br>GROVE COLLABORATIVE, INC.,<br><br>    Defendant. | Case No. 1:20-cv-10866 |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

PLEASE TAKE NOTICE that Plaintiff Meridith Jones voluntarily dismisses all claims alleged in the case, *Jones v. Grove Collaborative, Inc.*, No. 1:20-cv-10866, with prejudice, and with each party bearing her and its own costs.

Dated: September 29, 2020    Respectfully Submitted,

                */s/ Jason M. Leviton*
                Jason M. Leviton (BBO# 678331)
                **BLOCK & LEVITON LLP**
                260 Franklin Street, Suite 1860
                Boston, MA 02110
                Phone: (617) 398-5600
                jason@blockleviton.com

                Kevin W. Tucker (He/Him/His)
                Pa. No. 312144
                Kevin J. Abramowicz
                Pa. No. 320659
                **EAST END TRIAL GROUP LLC**
                186 42nd St., P.O. Box 40127
                Pittsburgh, PA 15201
                Tel. (412) 877-5220
                ktucker@eastendtrialgroup.com
                kabramowicz@eastendtrialgroup.com

                *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was filed through the ECF system on this date, and that a true copy of this document will be sent to those indicated as non-registered participants on the Notice of Electronic Filing, if any, by on the same date.

Respectfully Submitted,

Dated: September 29, 2020          */s/ Jason M. Leviton*
                                              Jason M. Leviton